

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00131-CV

| | | |
|---|---|---|
| Angula Yvonne Torrance-Bey | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2013-001718-2) |
| v. | § | October 3, 2013 |
| Bank of America, N.A., JP Court No. 8, Tarrant County Constables Pct. 8 | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for lack of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM